No. 880. JOSEPH B. FIFE AND WALTER W. FIFE *v.* LOUISIANA STATE BOARD OF MEDICAL EXAMINERS;

No. 881. JOSEPH B. FIFE AND WALTER W. FIFE *v.* STATE OF LOUISIANA; and

No. 882. JOSEPH B. FIFE AND WALTER W. FIFE *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Argued April 27, 28, 1927. Decided May 2, 1927. *Per Curiam.* Affirmed on the authority of *Dent* v. *West Virginia,* 129 U. S. 114; *Douglas* v. *Noble,* 261 U. S. 165; and *Graves* v. *Minnesota,* 272 U. S. 425. *Mr. Donelson Caffery* for plaintiffs in error. *Messrs. M. M. Irwin, E. D. Saunders,* and *T. S. Walmsley,* with whom *Mr. Percy Saint* was on the brief, for defendants in error.

---

No. 317. BISSELL LUMBER COMPANY *v.* THEODORE FEHRMAN. Error to the Circuit Court of Lincoln County, State of Wisconsin. Submitted April 28, 1927. Decided May 2, 1927. *Per Curiam.* Dismissed on the authority of (1) *Pizitz Dry Goods Co.* v. *Yeldell, ante,* p. 112 and (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; and *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671. *Messrs. Theo. W. Brazeau* and *B. R. Goggins* for plaintiff in error. *Mr. F. J. Smith* for defendant in error.